■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BOYKIN, Appellant. [22 NYS3d 865]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Larry Stephen, J.), rendered May 22, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Sweeny, J.P., Renwick, Manzanet-Daniels and Gische, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAUNELL DAVIS, Appellant. [22 NYS3d 866]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Gregory Carro, J.), rendered April 30, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Sweeny, J.P., Renwick, Manzanet-Daniels and Gische, JJ.